In the Matter of the Application of SAMUEL GELLIN for Admission to the Bar.— Application for a direction that the proceeding be further considered by the committee on character and fitness, or that the court admit petitioner to the practice of the law, denied. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.

In the Matter of the Application of WILLIAM E. HENTHORNE, Respondent, for an Order of Certiorari against HARRY G. KIMBALL and Others, Being Mayor and Trustees Constituting the Village Board of the Village of Bronxville, Westchester County, New York, and Others, Appellants.— Motion for reargument and for a stay denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of THE INCORPORATED VILLAGE OF ISLAND PARK, Appellant, for a Certiorari Order against WILLIAM E. HOWARD and Others, as and Constituting the ZONING BOARD OF APPEALS OF THE INCORPORATED VILLAGE OF ISLAND PARK; CHARLES BECKMANN, as Executor, etc., of WILLIAM BECKMANN, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE NEW YORK TRUST COMPANY and RICHARD L. DAVISSON, as Executors, etc., of ARCHIBALD G. McILWAINE, JR., Deceased. THE NEW YORK TRUST COMPANY and RICHARD L. DAVISSON, Individually and as Executors, etc., of ARCHIBALD G. McILWAINE, JR., Deceased, Appellants, Respondents; BAYARD W. READ, as General Guardian of ARCHIBALD G. McILWAINE, II, and JOHN CURTIS McILWAINE, Infants, etc., Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 255 App. Div. 978.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of HARRY T. TUTHILL, Appellant, for an Order Pursuant to Section 80 of the Public Officers Law, against HERMON F. BISHOP, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of HENRY W. ZINNELL for Admission to Practice as an Attorney and Counselor at Law.— Application denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LILLIAN KAPLAN and Others, Infants, etc., by HARRY E. ELLIS, Their Guardian ad Litem, Respondents, v. DAVID KAPLAN and Another, Trustees, etc., Defendants; ISADORE P. EISENBERG, Individually and as Trustee, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

MYRNA C. LARSON and Another, Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.